1908.) In the matter of James B. M. Grosvenor, deceased. C. P. Robinson, for appellant. R. McG. Marsh, for respondent.

PER CURIAM. Order affirmed, with costs, on authority of Matter of Grosvenor, 124 App. Div. 331, 108 N. Y. Supp. 926. Order filed.

GROTE v. GROTE. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Augustus H. Grote against Ida F. Grote. No opinion. Motion granted. Question certified. Order filed.

In re GUMAERD LEAD & ZINC CO. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of the Gumaerd Lead & Zinc Company for the appointment of commissioners to examine the proposed route of the Erie & Jersey Railroad Company. No opinion. Order and determination confirmed, with costs.

HALL v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Mary L. Hall against the Metropolitan Street Railway Company. No opinion. Motion denied, on terms stated in order. Order filed.

In re HALSTEAD. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of John Halstead, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re HAMMOND. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of James B. Hammond etc. No opinion. Motion denied, with $10 costs. Order filed.

HANLEY, Respondent, v. FRIEDLANDER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Philip Hanley against Lilian B. Friedlander, impleaded with the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re HANSON. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) In the matter of the accounting of Harry B. Hanson.

PER CURIAM. Decree modified, so as to disallow commissions to the trustees of $308.88 on the ground that such allowance at this time is premature, and, as so modified, unanimously affirmed, so far as appealed from, with costs to both parties payable out of the estate.

KELLOGG, J., not sitting.

HARRIS et al., Respondents, v. BROOKLYN UNION COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by George D. Harris and another against the Brooklyn Union Coal Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRISON, Respondent, v. HARTFORD LIFE INS. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Jared F. Harrison against the Hartford Life Insurance Company and another. S. C. Herriman, for appellants. E. Shelby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARWAY, Appellant, v. HARWAY IMP. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Sarah J. Harway against the Harway Improvement Company and another.

PER CURIAM. Judgment affirmed, with costs, on the authority of Becker v. McCrea, 119 App. Div. 56, 103 N. Y. Supp. 963.

HARRY VON TILZER MUSIC CO., Respondent, v. M. WITMARK & SONS, Appellants, et al. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by the Harry Von Tilzer Music Company against M. Witmark & Sons, impleaded with others. N. Burkan, for appellants. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HASTINGS v. LOCKWOOD et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by George G. Hastings, as executor, against Ingersoll Lockwood and others. Theron Davis, for appellants. M. H. Cane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEIN v. MOSKOWSKY et al. (Supreme Court, Appellate Division, Second Department. June 5, 1906.) Action by Hattie Hein against Johan Moskowsky and others. No opinion. Motion denied, with $10 costs.

HEMMER et al., Respondents, v. IBA, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Peter Hemmer and others against Caspar Iba. No opinion. Judgment of the Municipal Court affirmed, with costs.

HENRY, Appellant, v. RUDDY, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by John Henry against Robert Ruddy. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

HENRY, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Julia Henry against Griffith M. Jones.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence, and is excessive. See 106 N. Y. Supp. 1130.

McLENNAN, P. J., dissents.